# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** JOHN R BELASHEK
**Case Number:** 19-24395-JAD          **Chapter:** 7
**Date / Time / Room:** TUESDAY, JANUARY 07, 2020 10:00 AM   COURTROOM D

**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** MARY SCHUETZ
**Reporter / ECR:** N/A

## Matter:

Motion To Schedule A Hearing On An Objection To Claimed Exemption And For Limited Discovery filed by Kathleen Barrett as Executrix of the Estate of Warren R. Capenos
- Response filed by Debtor 12/11/2019 at ECF No. 17  [Due 12/23/2019]
R / M #:  14 / 0

## Appearances:

MOVANT: ZACHARY N. GORDON, ESQUIRE for KATHELEEN BARRETT AS EXECUTRIX OF THE ESTATE OF WARREN R. CAPENOS
CHAPTER 7 TRUSTEE: LISA M. SWOPE, ESQUIRE
DEBTOR: GARY H. SIMONE, ESQUIRE

## Proceedings:

___ Motion is GRANTED / DENIED
___ Special Type Of Order:
✓ CONTINUE MATTER:
   ✓ For At Least **120** Days (Court To Issue Scheduling Order)
   ___ To Hearing Date Of _____ at _____ AM/PM at
   ___ To Conciliation Conference For _____ at _____ AM/PM at _____
✓ ISSUE EVIDENTIARY HEARING NOTICE
   ___ Evidentiary Hearing On Value And Cram-Down Interest
   ___ Complex / Pretrial Order - ~~NONJURY~~ / JURY
   ✓ Simple / Pretrial Order (NONJURY) / JURY
   ✓ Parties To Undertake Discovery - Discovery Period: **60** days
   ___ SETTLEMENT STIPULATION IS DUE _____
   ___ OTHER:

**- Order to be issued continuing this matter for at least 120 days. Evidentiary Hearing Notice to be entered.**

FILED
1/7/20 12:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
U.S. Bankruptcy Judge